Shannon POWELL, Appellant,

v.

The JONES STORE CO., Respondent.

No. WD 51432.

Missouri Court of Appeals,
Western District.

July 2, 1996.

Lance A. Riddle, Warrensburg, for appellant.

Mark E. Harris, Kansas City, for respondent.

Before LAURA DENVIR STITH, P.J.,
and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Shannon Powell appeals an adverse verdict in her personal injury action against the Jones Store Co. She contends the trial court erred in refusing to allow her to take depositions just before trial and during trial, and in excluding expert testimony about an examination of plaintiff on the day of trial.

The court has carefully considered the arguments of Ms. Powell, and concludes that the trial court did not abuse its discretion.

The judgment is affirmed. Rule 84.16(b). A memorandum of the basis for our decision is furnished to the parties.

■

Wilbur COX, Appellant,

v.

STATE of Missouri, Respondent.

No. 69197.

Missouri Court of Appeals,
Eastern District,
Division One.

July 2, 1996.

S. Paige Canfield, Special Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

### ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).